# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. SHUEY,** | : | CIVIL ACTION NO. 1:18-CV-626 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **NANCY A. BERRYHILL**, Acting | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 21st day of March, 2019, upon consideration of the report (Doc. 9) of Chief Magistrate Judge Susan E. Schwab, recommending the court deny the appeal of Christopher S. Shuey ("Shuey") from the decision of the administrative law judge denying his application for disability insurance benefits, and the court noting that Shuey filed objections (Doc. 10) to the report, see FED. R. CIV. P. 72(b), and the Commissioner of Social Security ("Commissioner") filed a response (Doc. 11) thereto, and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court being in agreement with Judge Schwab that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g); Fargnoli v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and finding Judge Schwab's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding Shuey's objections

to be without merit and squarely and correctly addressed by the report, it is hereby

ORDERED that:

1. The report (Doc. 9) of Chief Magistrate Judge Schwab is ADOPTED.

2. The Commissioner's decision denying Shuey's application for disability insurance benefits is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Shuey as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania